RUTH SIMON, PLAINTIFF-RESPONDENT, v. GRAHAM
BAKERY, DEFENDANT-PETITIONER.

See same case below: 31 *N. J. Super.* 117.

*Mr. John F. Leonard* for the petitioner.

*Mr. Isadore Waks* for the respondent.

October 4, 1954.   Granted.

WILLIAM L. BUCHNER, PLAINTIFF-PETITIONER, v. ERIE
RAILROAD COMPANY, DEFENDANT-RESPONDENT.

*Mr. Richard F. Green* for the petitioner.

*Messrs. Minard, Cooper, Gaffey & Webb* for the respondent.

October 4, 1954.   Granted.